# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| ANSOL, Inc. | )  ASBCA No. 60160 |
| | ) |
| Under Contract No. N00178-05-D-4180 | ) |

APPEARANCE FOR THE APPELLANT:      Kevin J. Slattum, Esq.
    Pillsbury Winthrop Shaw Pittman LLP
    Los Angeles, CA

APPEARANCES FOR THE GOVERNMENT:      E. Michael Chiaparas, Esq.
    DCMA Chief Trial Attorney
    Joseph D. Keller, Esq.
    Trial Attorney
    Defense Contract Management Agency
    Chantilly, VA

## ORDER OF DISMISSAL

The appeal docketed as ASBCA No. 60160 duplicates the earlier docketed appeal ASBCA No. 60153. Appellant apparently submitted an original and a copy of the notice of appeal under separate cover. The Recorder's office docketed both filings. The latter appeal, ASBCA No. 60160, is administratively dismissed from the Board's docket.

Dated: 24 September 2015

            LYNDA T. O'SULLIVAN
            Administrative Judge
            Armed Services Board
            of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60160, Appeal of ANSOL, Inc., rendered in conformance with the Board's Charter.

Dated:

            JEFFREY D. GARDIN
            Recorder, Armed Services
            Board of Contract Appeals